IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| NICHOLAS QUINTON TENNYSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 323-061 |
| SHAWN EMMONS, Warden, Hays State Prison, and SGT. MS. McGHEE, Mailroom Staff, Hays State Prison, | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the events described in Plaintiff's complaint allegedly occurred, and the named Defendants are located, at Hays State Prison in Trion, Georgia. (See doc. no. 1.) Trion is in Chattooga County. Because Chattooga County is in the Northern District of Georgia, the proper venue is the Rome Division of that District. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Rome Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. The mailing address for the Rome Division is: United States Courthouse, 600 East First Street, Rome, Georgia 30161-3149.

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA